UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHELLE SEIJAS, o/b/o herself and
others similarly situated**

    **Plaintiff,**

v.                                                 **Case No: 5:17-cv-218-Oc-PGBPRL**

**MMODAL SERVICES, LTD., INC.**

    **Defendant.**

## ORDER

On June 26 the parties filed a joint notice of settlement and noted their anticipation of filing a motion for settlement. (Doc. 14). To date, however, they have not filed a request for approval of settlement. Accordingly, **on or before July 28, 2017**, the parties shall file a motion for approval of settlement or otherwise show cause why such motion has not been filed.

**DONE** and **ORDERED** in Ocala, Florida on July 12, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties