# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHELLE SEIJAS,

        Plaintiff,

v.                                      Case No: 5:17-cv-218-Oc-40PRL

MMODAL SERVICES, LTD., INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Amended Joint Motion for Approval of Settlement (Doc. 20) filed on August 4, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 9, 2017 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement (Doc. 20) is **GRANTED**.

3. The Court finds the Settlement Agreement (Doc. 20-1) to be a fair and reasonable compromise of Plaintiff's FLSA claim.

4. The case is **DISMISSED with Prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 24, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties